UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

NASDI LLC,

                Plaintiff(s),

-v-                                      No. 17-CV-3578-LTS

SKANSKA KOCH INC. KIEWIT
INFRASTRUCTURE CO. (JV) d/b/a
"Skanska Kiewit JV", ,

                Defendant(s).
-------------------------------------------------------------X

## ORDER

The final pretrial conference scheduled for September 4, 2020, is rescheduled to **October 2, 2020, at 11:00 a.m.** in Courtroom 17C.

SO ORDERED.

Dated:  New York, New York
          February 7, 2020

                                                  /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                                United States District Judge