```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
 NASDI LLC,                               :
                                          :
                      Plaintiff,          :    17cv3578 (DLC)
                                          :
           -v-                            :        ORDER
                                          :
 SKANSKA KOCH INC. KIEWIT                 :
 INFRASTRUCTURE CO. (JV) d/b/a SKANSKA    :
 KIEWIT JV,                               :
                                          :
                      Defendant.          :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

On February 7, 2020, the Honorable Laura Swain scheduled a final pretrial conference in this matter for October 2, 2020. On February 28, defendant in this nonjury action moved for summary judgment. It is hereby

ORDERED that a telephonic conference is scheduled for **September 25, 2020** at **10:00 a.m.** The parties shall use the following dial-in instructions for the telephone conference:

        Dial-in: 888-363-4749

        Access code: 4324948

IT IS FURTHER ORDERED that, at the September 25 conference, the parties shall address why the February 28 motion should not be converted into a bench trial and decided on the record and briefing submitted by the parties in connection with the February 28 motion.

IT IS FURTHER ORDERED that, at the September 25 conference, the parties shall address the scheduling of submissions on the issues that remain to be addressed at trial.

IT IS FURTHER ORDERED that the October 2 final pretrial conference is adjourned sine die.

IT IS FURTHER ORDERED that the parties shall use a landline if one is available.

SO ORDERED:

Dated:    New York, New York
          September 23, 2020

_____
DENISE COTE
United States District Judge