```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
NASDI LLC,                               :
                                         :
                    Plaintiff,           :    17cv3578 (DLC)
                                         :
          -v-                            :         ORDER
                                         :
SKANSKA KOCH INC. KIEWIT                 :
INFRASTRUCTURE CO. (JV) d/b/a SKANSKA    :
KIEWIT JV,                               :
                                         :
                    Defendant.           :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

The Court's summary judgment decision issued on September 28, 2020.  On October 13, plaintiff filed a motion seeking reconsideration of the September 28 decision pursuant to Rule 59, Fed. R. Civ. P. and Local Rule 6.3.  Accordingly, it is hereby

ORDERED that defendant shall submit any opposition to the October 13 motion by **November 6, 2020**.  Plaintiff's reply, if any, shall be submitted by **November 20**.

SO ORDERED:

Dated:    New York, New York
          October 14, 2020

                                          _____
                                                  DENISE COTE
                                          United States District Judge