```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                          :
NASDI LLC,                                :    17cv3578 (DLC)
                          Plaintiff,      :
                                          :         ORDER
            -v-                           :
                                          :
SKANSKA KOCH INC. KIEWIT INFRASTRUCTURE   :
CO. (JV) d/b/a SKANSKA KIEWIT JV,         :
                                          :
                          Defendant.      :
                                          :
-----------------------------------------X
```

DENISE COTE, District Judge:

On December 4, 2020, plaintiff/counterclaim-defendant NASDI LLC ("NASDI") gave notice that an involuntary bankruptcy petition had been filed against it in the U.S. District Court for the District of Massachusetts on November 5, 2020. Pursuant to 11 U.S.C. §362(a)(1), this petition has the effect of staying any action "to recover a claim against the debtor that arose before the commencement of the case under this title."  Because defendant/counterclaim-plaintiff Skanska Koch Inc. Kiewit Infrastructure Co. (JV) asserts counterclaims against NASDI that arose prior to the commencement of the bankruptcy proceedings, this action must be stayed. Accordingly, it is hereby

ORDERED that all proceedings in this case are stayed pending the disposition of the bankruptcy proceeding.

IT IS FURTHER ORDERED that the parties shall submit a status letter by **March 30, 2021.**

SO ORDERED:

Dated:  New York, New York
        December 7, 2020

```
_____
     DENISE COTE
United States District Judge
```