```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
NASDI, LLC,                              :
                                         :
                        Plaintiff,       :       17cv3578 (DLC)
                                         :
             -v-                         :            ORDER
                                         :
SKANSKA KOCH INC. KIEWIT                 :
INFRASTRUCTURE CO. (JV) d/b/a SKANSKA    :
KIEWIT JV,                               :
                                         :
                        Defendant.       :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On December 4, 2020, the plaintiff notified the Court that it had entered involuntary bankruptcy proceedings. In an Order of December 7, 2020, proceedings in this matter were stayed pending the resolution of the bankruptcy proceeding pursuant to 11 U.S.C. § 362. On November 3, 2022, the plaintiff filed a letter indicating that its bankruptcy case was dismissed on October 24, 2022. In re NASDI LLC, 20BK12188 (Bankr. D. Mass. Oct. 24, 2022). Accordingly, it is hereby

ORDERED that the stay on this action is lifted.

Dated:   New York, New York
         November 4, 2022

                                         _____
                                                  DENISE COTE
                                         United States District Judge