UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
                                        :
NASDI LLC,                              :    17cv3578 (DLC)
                                        :
                    Plaintiff,          :    ORDER
                                        :
          -v-                           :
                                        :
SKANSKA KOCH INC. KIEWIT INFRASTRUCTURE :
CO. (JV) d/b/a SKANSKA KIEWIT JV,       :
                                        :
                    Defendants.         :
                                        :
---------------------------------------X

DENISE COTE, District Judge:

   A bench trial in the above-captioned action had been placed on the trial-ready calendar for March 6, 2023.  The parties are hereby notified that the trial in this action will commence on **March 13, 2023 at 9:30 AM** in Courtroom 18B, 500 Pearl Street.  Please refer to this Court's Individual Practices in Civil Cases and the Order issued on November 15, 2022 for all pretrial related deadlines.

   SO ORDERED:

Dated:    New York, New York
          February 3, 2023

                                        _____
                                        DENISE COTE
                                        United States District Judge