UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
NASDI LLC,                                :     17cv3578 (DLC)
                                          :
                         Plaintiff,       :     ORDER
                                          :
            -v-                           :
                                          :
SKANSKA KOCH INC. KIEWIT INFRASTRUCTURE   :
CO. (JV) d/b/a SKANSKA KIEWIT JV,         :
                                          :
                         Defendants.      :
                                          :
------------------------------------------X

DENISE COTE, District Judge:

    Having received the parties' proposed stipulated judgment and order on March 9, 2023, it is hereby

    ORDERED that a telephonic conference is scheduled for **March 10, 2023, at 2:30 pm**. The parties shall use the following dial-in credentials for the telephonic conference:

        Dial-in:        888-363-4749
        Access Code:    4324948

The parties shall use a landline if one is available.

Dated:   New York, New York
         March 9, 2023

                                                        _____
                                                           DENISE COTE
                                          United States District Judge